# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

FILED
4/25/2019

Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| CORLISS SMITH and LARRY SMITH,<br><br>          Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION and JOHN DOES 1-10,<br><br>          Defendants. | No. CV-18-57-BU-SEH<br><br>**ORDER** |

The Court has been informed that this case has been settled.

ORDERED:

1. All pending deadlines are VACATED.

2. The parties shall file a stipulation for dismissal and proposed order of dismissal within 30 days of the date of this Order.

DATED this 25th day of April, 2019.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge