FILED

5/28/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| CORLISS SMITH and LARRY SMITH, <br><br> Plaintiffs, <br><br> vs. <br><br> TARGET CORPORATION and JOHN DOES 1-10, <br><br> Defendants. | Cause No.CV-18-57-BU-SEH <br><br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal with Prejudice entered into by the parties, and for good cause,

IT IS ORDERED that this action is dismissed with prejudice without costs to either of the parties, and the Clerk is directed to enter such dismissal of record.

DATED this 28th day of May, 2019.

SAM E. HADDON
United States District Judge