UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CORLISS SMITH and LARRY SMITH,<br><br>              Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION and JOHN DOES 1-10,<br><br>              Defendant. | Case No. CV-18-057-BU-SEH<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 23), This case is DISMISSED with prejudice.

      Dated this 28th day of May, 2019.

                                        TYLER P. GILMAN, CLERK

                                        By: /s/ Heidi Gauthier
                                        Heidi Gauthier, Deputy Clerk